1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

5

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                           2:13 - CR - 0335 GEB

11 | UNITED STATES OF AMERICA,        | CASE NO.
12 |           Plaintiff,             | ORDER TO SEAL
                                      | (UNDER SEAL)
13 |      v.                          |
14 | CASSANDRA LYNN ROSS-MORALES,     |
15 |           Defendant.             |

16

17     The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles
18 to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the
19 Court.

20

21 Dated: 10/3/2013

22                                              _____
                                                HONORABLE CAROLYN K. DELANEY
23                                              United States Magistrate Judge

[FILED OCT - 3 2013, CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA]

[SEALED]