1  BENJAMIN B. WAGNER
United States Attorney
2  TODD A. PICKLES
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:13-CR-335 GEB

12                       Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                         [PROPOSED] FINDINGS AND ORDER

14  CASSANDRA ROSS-MORALES,

15                       Defendant.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant

19  Cassandra Ross-Morales, by and through her counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on May 23, 2014.

21        2.      By this stipulation, defendant now moves to continue the matter until June 13, 2014 to set

22  the matter for a change of plea hearing, and to exclude time between May 23, 2014 and June 13, 2014

23  under Local Code T4.  The United States does not oppose this request.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The United States has represented that the discovery associated with this case

26  includes investigative reports and wiretap applications in electronic form constituting approximately

27  1600 pages of documents.  The United States also represents that the discovery includes approximately

28  20 CDs of audio recordings, including intercepted communications, and transcripts and line reports.  All

1    of this discovery has been produced directly to counsel.

2              b)      Additionally, the United States has provided a draft plea agreement to the

3    defendant at the request of her counsel.

4              c)      Counsel for defendant desires additional time to consult with his client, to conduct

5    investigation and research related to the charges, to review discovery for this matter, to discuss potential

6    resolutions with his client, and to otherwise prepare for trial.

7              d)      Counsel has requested to set the matter for change of plea on June 13, 2014.

8              e)      Counsel for defendant believes that failure to grant the above-requested

9    continuance would deny him the reasonable time necessary for effective preparation, taking into account

10   the exercise of due diligence.

11             f)      The United States does not object to the continuance.

12             g)      Based on the above-stated findings, the ends of justice served by continuing the

13   case as requested outweigh the interest of the public and the defendant in a trial within the original date

14   prescribed by the Speedy Trial Act.

15             h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

16   *et seq.*, within which trial must commence, the time period of May 23, 2014 and June 13, 2014,

17   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

18   results from a continuance granted by the Court at defendant's request on the basis of the Court's

19   finding that the ends of justice served by taking such action outweigh the best interest of the public and

20   the defendant in a speedy trial.

21         4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

22   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

23   must commence.

24

25

26

27

28

Stipulation and Proposed Order re: Continuance of          2
Status Hearing and Exclusion of Time

1    IT IS SO STIPULATED.

2  Dated:  May 21, 2014                          BENJAMIN B. WAGNER
                                                 United States Attorney
3
                                                 /s/ Todd A. Pickles
4                                                TODD A. PICKLES
                                                 Assistant United States Attorney
5

6  Dated:  May 21, 2014                          HEATHER WILLIAMS
                                                 Federal Public Defender
7
                                                 /s/ Todd A. Pickles for
8                                                MATTHEW BOCKMON
                                                 Assistant Federal Defender
9
                                                 Counsel for Defendant
10

11

12                                **ORDER**

13    IT IS SO FOUND AND ORDERED.

14  Dated:  May 22, 2014

15

16

17                                _____
                                  GARLAND E. BURRELL, JR.
18                                Senior United States District Judge

19

20

21

22

23

24

25

26

27

28