```
BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
```

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>CASSANDRA ROSS-MORALES,<br><br>                     Defendant. | Case No. 2:13-CR-00335 GEB<br><br>**SEALING ORDER** |

   Upon Request of the United States of America to seal the Supplement to the Plea Agreement, and good cause having been shown,

   IT IS HEREBY ORDERED that the Supplement to the Plea Agreement in the above-captioned case and the Request to Seal Document(s) are hereby SEALED until further order of this Court.

   IT IS SO ORDERED.

Dated: June 13, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Sealing Order

1